```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 19681
  STEVEN M COMPTON
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-9789
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/04 and confirmed on 07/09/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  27915.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOME AMERICAN CRDT/UPLAN | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| ONYX ACCEPTANCE CORP | SECURED | 1435.00 | 42.67 | 1435.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7070.90 | .00 | 7070.90 |
| BENEFICIAL FINANCE CORPO | UNSECURED - C | 3510.57 | .00 | 3510.57 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1941.55 | .00 | 1941.55 |
| DISCOVER BANK | UNSECURED | 2420.66 | .00 | 2420.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 218.00 | .00 | 218.00 |
| MIDWEST STEEL FAMILY EFC | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 360.69 | .00 | 360.69 |
| VERIZON WIRELESS | UNSECURED | 530.15 | .00 | 530.15 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 4412.89 | .00 | 4412.89 |
| ONYX ACCEPTANCE CORP | UNSECURED - C | 3323.24 | .00 | 3323.24 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 1435.00 | .00 | 16954.84 | 6833.81 | 25223.65 |
| PRINCIPAL PAID | 1435.00 | .00 | 16954.84 | 6833.81 | 25223.65 |
| INTEREST PAID | 42.67 | .00 | .00 | .00 | 42.67 |
| TOTAL PAID | 1477.67 | .00 | 16954.84 | 6833.81 | 25266.32 |

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   1800.00
and was paid $    600.00   direct and $    1200.00  through the plan.

The Trustee received $   1128.21 .

Refunds to the Debtor totaled $    320.47 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/07/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```